UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBIAS A. FRANK,<br><br>           Petitioner,<br><br>      v.<br><br>LINDA McGREW, Warden,<br><br>           Respondent. | NO. CV 13-0034 JAK (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS, AND RECOMMENDATIONS OF**<br><br>**UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, Petitioner's Objections, and Petitioner's Motion for Leave to File an Amendment to Rebuttal to the Magistrate's Report and Recommendation, which the Court construes as a Supplement to the Objections. After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court accepts and adopts the findings and conclusions of the Magistrate Judge.

\\

\\

**IT IS ORDERED** that Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: March 19, 2013

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2