UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOBIAS A. FRANK, | ) | NO. CV 13-0034 JAK (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LINDA McGREW, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 19, 2013

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE